UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JERRY KAY LOWE, JR.,

    Plaintiff,

v.                                 No.: 3:11-cv-2
                                          (VARLAN/GUYTON)

DEPUTY JUSTIN BECKMAN,
BLOUNT COUNTY JAIL, and
SHERIFF JIM BERRONG,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the Court's Memorandum and Order, the Court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                          s/ Thomas A. Varlan
                                          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
      CLERK OF COURT